# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIANA SHARNEE OREE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION, | : | No. 18-5501 |
| Defendant. | : | |

## MEMORANDUM OPINION

**Timothy R. Rice**                                                                        September 24, 2019
**U.S. Magistrate Judge**

     For reasons I previously articulated in Wilson v. Berryhill, No. 18-4862, 2019 WL 2121094 (E.D. Pa. May 14, 2019), which were adopted in Culclasure v. Comm'r of the Soc. Sec. Admin., No. 18-1543, 2019 WL 1641192 (E.D. Pa. Apr. 16, 2019) and Perez v. Berryhill, No. 18-1907 (doc. 15) (E.D. Pa. Jan. 7, 2019), report and recommendation adopted, Order (E.D. Pa. Apr. 23, 2019) (doc. 22), I remand Plaintiff's case to a different, constitutionally appointed ALJ.

     Since the ALJ's decision was a nullity based on Lucia v. S.E.C., 138 S. Ct. 2044, 2055 (2018) (holding ALJs employed by the Securities and Exchange Commission ("SEC") were inferior officers subject to the Appointments Clause of the United States Constitution), I need not address the merits of her additional claims because a new ALJ must conduct a de novo review on remand.

     An appropriate Order accompanies this opinion.