IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIANA SHARNEE OREE, :
    Plaintiff, : CIVIL ACTION
     :
v. :
     :
COMMISSIONER OF THE SOCIAL :
SECURITY ADMINISTRATION, : No. 18-5501
    Defendant. :

# ORDER

AND NOW, on September 24, 2019, upon consideration of Plaintiff Briana Oree's Brief in Support of her Request for Review (doc. 17) and the Commissioner's Response (doc. 21), it is ORDERED:

1. Plaintiff's Request for Review is GRANTED;

2. The matter is REMANDED to the Commissioner for assignment to a new ALJ for a <u>de novo</u> hearing; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

                                            BY THE COURT:

                                            */s/ Timothy R. Rice*
                                            TIMOTHY R. RICE
                                            U.S. MAGISTRATE JUDGE